UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
In Re:  Admission to the Bar                          :          ORDER OF
                                                      :          ADMISSION TO THE BAR
           On January 7, 2025                                    25-MC-0001
                                                      :
------------------------------------------------------x

      Whereas the following attorneys having submitted their application for admission to the bar of the United States District Court for the Southern District of New York,

      Whereas the applicants having submitted a certificate of the clerk of the court for each of the states in which the applicant is a member of the bar stating that the applicant is a member in good standing of the bar of that state court,

      Whereas the applicants having submitted an affidavit of an attorney of this Court stating what the attorney knows of the applicant's character and experience at the bar,

      Whereas the applicants having stated that he or she will faithfully adhere to all rules applicable to applicant's conduct in connection with any activities in this Court and will conduct themselves uprightly and according to the law, and he or she will support and defend the Constitution of the United States,

      Whereas the applicants having certified he or she has read Local Civil Rule 1.3 and possesses the qualifications required for admission to the bar of the United States District Court for the Southern District of New York,

      Whereas the following applicants having completed his or her bar application satisfactorily, and having appeared and been sworn on the date indicated above, it is hereby

      ORDERED, that the following attorneys are admitted to the bar of the United States District Court for the Southern District of New York.

Dated:
_New York_, New York               So Ordered:

                                                            United States District Judge John P. Cronan

The following attorneys were this day admitted to practice
in the United States District Court for the Southern District of New York

HONORABLE JOHN P. CRONAN

APPLICANTS (32)

| | |
|---|---|
| NIGYAR ALIEVA | ANNA TERESITA MARCELO |
| DARYOUSH BEHBOOD | KEVIN J. QUARATINO |
| COLLEEN BLINKOFF | CALVIN REEH |
| NOAH LANDON COZAD | KIMBERLY LEONIE ROC |
| STEPHANIE DIU | ALEXANDRA ROSE |
| EDIOBONG EBIEFUNG | SARAH MARIE ROWAN |
| JOHN R. FABRY | JEREMIAH SCHLOTMAN |
| DANIEL FAHRENTHOLD | PARTHA SHARMA |
| CONNOR FARLEY | ASHLEIGH B. SHELTON |
| DANIEL GALINDO | ZAYN SIDDIQUE |
| MIKAILA HERNANDEZ | MICHAEL A. SOLIMANI |
| CHANDINI JHA | SPENSER SWACZYK |
| EMMA ANN KABUTO | IAN WILLIAMSON |
| ILAN IGOR KHUTORSKY | SYLVIA WOODMANSEE |
| HA SUNG KIM | MILTON YU |
| CINDY LAURENT | CATHERINE ANN ZIMMERMANN |